IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America,   )<br>                                                    )<br>                         Plaintiff,   )<br>                                                    )<br>vs.                                             )<br>                                                    )<br>The Estate of Carrie Spigner; John   )<br>Spigner and Susan McLean, Sole Heirs,   )<br>                                                    )<br>                         Defendants.   )<br>_____)   | C/A No.:  3:11-1631-JFA<br><br><br><br>ORDER |

On July 6, 2011, attorney John F. Martin, on behalf of the United States Government, filed this foreclosure claim.  Summonses and a lis pendens were issued that same date.

As of February 18, 2014, the government has not provided proof of service upon the defendants as required under the Federal Rules of Civil Procedure.

Plaintiff's counsel is directed to immediately notify the court, in writing, of the status of this matter and to show cause as to why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

February 18, 2014                                     Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge