IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America, | C/A No.: 3:11-1631-JFA |
| Plaintiff, | |
| vs. | ORDER |
| The Estate of Carrie Spigner; John Spigner and Susan McLean, Sole Heirs, | |
| Defendants. | |

On July 6, 2011, attorney John F. Martin, on behalf of the United States Government, filed this foreclosure claim. Summonses and a lis pendens were issued that same date. However, no proof of service upon the defendants was ever provided by counsel.

On February 18, 2014, this court issued an order directing counsel to immediately notify the court, in writing, of the status of this matter and to show cause as to why this action should not be dismissed for failure to prosecute. More than 30 days has elapsed and counsel has failed to contact or notify the court of the status of this action.

For the foregoing reasons, this action is dismissed without prejudice for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

March 20, 2014            Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge